UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICO SANCHEZ AVILEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>DAVID JOHN DEROODE,<br><br>                              Defendant. | Case No.: 20-CV-722 JLS (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 13) |

Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 13). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety, with each Party to bear its own costs and attorney's fees. The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: December 16, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge